JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SANG K. KIM; YOUNG O. KIM; and Does 1-10,<br><br>　　　　Defendants. | Case: CV 15-4740-GW(JCx)<br><br>**ORDER** |

**ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: February 22, 2016

_____
HONORABLE GEORGE H. WU
United States District Judge